IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CONAN JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. CIV-05-1000-W |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**FILED**
JUN 1 9 2006
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

## ORDER

On May 26, 2006, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this matter and recommended that this Court reverse the decision of the defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration ("Commissioner"), denying plaintiff Conan Jackson disability insurance benefits. The parties were advised of their right to object to the Report and Recommendation, but neither party objected within the allotted time.

Upon de novo review of the record, the Court concurs that reversal of the Commissioner's decision as well as remand of this matter for further proceedings is warranted for the reasons stated by Magistrate Judge Couch.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on May 26, 2006;

(2) REVERSES the decision of the Commissioner denying Jackson's Application for Disability Insurance Benefits;

(3) REMANDS this matter to the Commissioner pursuant to sentence 4 of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further proceedings in accordance with Magistrate Judge Couch's Report and Recommendation; and

(4) ORDERS that judgment in accordance with this Order issue forthwith.

ENTERED this 19th day of June, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE